# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | EDWARD JOSEPH & STACEY MARIE KROLAK, JR. |
| **Case Number:** | 2:09-bk-16289-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 18, 2009 09:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

INITIAL CASE CONFERENCE

**R / M #:**   1 / 0

**VACATED:  JOINTLY ADMINISTERED BEFORE JUDGE HAINES**

## Appearances:

NONE

## Proceedings:

VACATED: JOINTLY ADMINISTERED BEFORE JUDGE HAINES