**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 18, 2009**



*Randolph J. Haines*
_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

Joel F. Newell – State Bar No. 25296
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
j.newell@cplawfirm.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>EDWARD J. KROLAK DEVELOPMENT, CORP.,<br><br>Debtor. | No.   2:09-bk-16287-RJH<br><br>CHAPTER 11<br><br>ORDER GRANTING JOINT ADMINISTRATION OF CHAPTER 11 CASES |

Upon the Motion dated August 13, 2009 [DE No. 29] requesting the Court to authorize the joint administration of the above captioned Debtor and Edward J. Krolak Jr. and Stacey Marie Krolak [Case No. 2:09-bk-16289-CGC] ("Motion"), of EDWARD J. KROLAK DEVELOPMENT, CORP., ("Debtor"), and the Debtor's request for an order pursuant to 11 U.S.C. § 105 of the United States Bankruptcy Code (the "Bankruptcy Code"), this Court finds that: (i) it has jurisdiction over the matter raised in the Motion under 28 U.S.C. §§ 157 and 1334; (ii) venue is proper under 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding under 28 U.S.C. § 157(b); (iv) the relief requested in the Motion is in the best interests of the Debtor, its estate, and other parties-in-interest; and (v) good cause exists for the granting of the relief requested in the Motion as set forth herein.

…

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 850020-5297
(602) 861-0777

The following caption shall be utilized in this jointly administered Chapter 11 proceeding:

| | |
|---|---|
| In re<br><br>EDWARD J. KROLAK DEVELOPMENT, CORP.,<br><br>　　　　　　Debtor.<br>Filing applies to:<br><br>☐ EDWARD J. KROLAK DEVELOPMENT, CORP.<br><br>☐ EDWARD J. KROLAK, JR. AND STACEY MARIE KROLAK<br><br>☐ ALL DEBTORS | No. 2:09-bk-16287-RJH<br>No. 2:09-bk-16289-CGC<br><br>　　Jointly Administered<br><br>CHAPTER 11<br><br>[TITLE]<br><br>Date:　TBD<br>Time:　TBD<br>Place:　230 North. First Avenue<br>　　　　　Phoenix, AZ 85003 |

IT IS ORDERED:

1.　The Motion is GRANTED.

2.　Debtor shall provide a copy of the signed order to all creditors and parties in interest of the above Chapter 11 proceeding and that of Edward J. Krolak Jr. and Stacey Marie Krolak ; Case No. Case No. 2:09-bk-16289-CGC. Debtor shall file a certificate concerning the same.

**DATED AND SIGNED ABOVE**

**EXHIBIT "A"**

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 850020-5297
(602) 861-0777

**EXHIBIT "B"**