Joel F. Newell, State Bar No. 25296
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
j.newell@cplawfirm.com

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>EDWARD J. KROLAK DEVELOPMENT, CORP.,<br><br>Debtor.<br><hr>US BANK, NA,<br><br>Movant,<br><br>v.<br><br>EDWARD K. KROLAK JR. AND STACEY MARIE KROLAK,<br><br>Respondents.<br>Filing applies to:<br><br>☐ EDWARD J. KROLAK DEVELOPMENT, CORP.<br><br>■ EDWARD J. KROLAK, JR. AND STACEY MARIE KROLAK<br><br>☐ ALL DEBTORS | No. 2:09-bk-16287-RJH<br>No. 2:09-bk-16289-RJH<br><br>Jointly Administered<br><br>CHAPTER 11<br><br>OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br><br><br><br><br>Related DE No. 32 |

COMES NOW, EDWARD J. KROLAK JR. and STACEY MARIE KROLAK ("Debtors"), by and through their attorney undersigned, and for their <u>Objection to Motion for Relief from the Automatic Stay</u> ("Objection"), admit, deny, and allege as follows:

I.

Admits they are the Debtors in this Chapter 11 proceeding and that Movant, upon information and belief, possesses a lien on the real property located at 15221 N. 102nd Way, Scottsdale, AZ 85259 ("Real Property").

II.

Alleges that the Real Property is necessary to the reorganization of the Debtors and a viable reorganization is highly likely.

III.

Alleges the Real Property is insured and has been since the date the Debtors petitioned for relief.

IV.

Admits that no trustee has been appointed as of the date of this Objection.

V.

Alleges they do not possess a recent appraisal to utilize at the final hearing but it will procure such an appraisal.

VI.

Alleges that the Real Property has a value exceeding the payoff of the Real Property under the Loan documents. Debtors further allege that the value set forth on the Debtors Schedules was the Debtors personal opinion as of the date of petitioning for relief.

VII.

Denies all other allegations in the Motion not previously responded to in this Response.

VIII.

Alleges that the Motion fails to state a claim for which relief can be granted.

WHEREFORE, having fully responded to the Motion, the Debtors pray the same be denied and dismissed, for an award of its attorneys' fees and costs incurred herein, and for such other and further relief as the Court deems just, proper, and equitable.

DATED this 3rd day of November, 2009.

CARMICHAEL & POWELL, P.C.

By: /s/ Joel F. Newell (State Bar No. 25296)
Joel F. Newell, Esq.
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020
Attorney for Debtor

Copies of the foregoing mailed via electronic mail and via first class mail this 3rd day of November, 2009 to the following:

| | |
|---|---|
| U.S. Trustee | Leonard J. McDonald, Esq. |
| Office of U.S. Trustee | Tiffany & Bosco, P.A. |
| 230 N. 1st Ave., Ste. 204 | 2525 East Camelback Road, Ste. 300 |
| Phoenix, AZ 85003 | Phoenix, AZ 85016 |
| Edward.K.Bernatavicius@usdoj.gov | LJM@tblaw.com |
| | *Attorneys for US Bank, NA* |

Copies of the foregoing mailed via first class mail this 4th day of November, 2009 to the following:

Twenty Largest Unsecured Creditors

By: /s/ Jennifer France