# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | EDWARD JOSEPH & STACEY MARIE KROLAK, JR. |
| **Case Number:** | 2:09-bk-16289-RJH                **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 02, 2009 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY US BANK

**R / M #:**   32 / 0

**VACATED:**   Hearing Cont to 1/25/10 @ 10am

## Appearances:

NONE

## Proceedings:

VACATED: Hearing Cont to 1/25/10 @ 10am